

# NUMBER 13-22-00077-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**NEIL GUAJARDO,** **Appellant,**

**v.**

**BARBARA A. GUAJARDO,** **Appellee.**

## On appeal from the 24th District Court
## of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on appellant Neil Guajardo's unopposed motion to dismiss appeal. Appellant requests the dismissal, as he no longer wishes to appeal from the trial court's entry of a final decree of divorce from appellee Barbara A. Guajardo.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed

motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
1st day of December, 2022.